**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GENEVA DAVIS,

      Plaintiff,

v.

IBUKUN COMPREHENSIVE
COMMUNITY SERVICES, INC.,

      Defendant.

Case No.  1:18-cv-04504

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, Geneva Davis, and the Defendant, Ibukun Comprehensive

Community Services, Inc,, by and through their respective undersigned counsel, and pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of

the above matter with prejudice, with each party bearing its own costs and attorneys' fees, the

parties having independently settled their underlying dispute.

Respectfully submitted,

GENEVA DAVIS

By:  /s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
Phone: (224) 218-0882
dlevin@toddflaw.com

Respectfully submitted,

IBUKUN         COMPREHENSIVE

COMMUNITY SERVICES, INC.

By:  /s/ Ashonta C. Rice
Attorney for Defendant
15255 S. 94th Ave, 5th Floor
Orland Park, IL 60462
Phone: (708) 444-4922
ricelegalservices@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff